Filed     17-CI-00058    01/30/2017      Paula Joslin, Clark Circuit Clerk

COMMONWEALTH OF KENTUCKY
CLARK CIRCUIT COURT
_____ DIVISION
CIVIL ACTION NO. 17-CI-_____

*ELECTRONICALLY FILED*

**REGINA SPURLOCK**                                      **PLAINTIFF**

VS.                           **<u>COMPLAINT</u>**

**NATIONAL RURAL ELECTRIC
COOPERATIVE ASSOCIATION**

     Serve: Kentucky Secretary of State
            Pursuant to KRS 454.210 (see Paragraph 3)
            Summons Branch
            700 Capital Avenue, Suite 86
            Frankfort, Kentucky 40601

**EAST KENTUCKY POWER COOPERATIVE, INC.**

     Serve: Anthony S. Campbell
            4775 Lexington Road
            P.O. Box 707
            Winchester, KY 40392-0707                   **DEFENDANTS**

\* \* \* \* \* \* \*

        Comes the Plaintiff, Regina Spurlock ("Regina"), by counsel, and for her Complaint against Defendants, National Rural Electric Cooperative Association ("NRECA") and East Kentucky Power Cooperative, Inc. ("EKPC"), states as follows:

        1.      Regina is and was at all times herein a citizen, resident and domiciliary of Lexington, Fayette County, Kentucky.

        2.      Regina is the widow and Executrix of the Estate of Michael Spurlock ("Mike").



3. NRECA is and was at all times herein a national service organization/association composed of multiple individual electric cooperatives, including EKPC. NRECA has a principal office at 4301 Wilson Boulevard, Arlington, Virginia 22203 and designated CT Corporation at 1015 15th Street SW, Suite 1000, Washington, District of Columbia 20005 as its Registered Agent. Pursuant to KRS 454.210, the Kentucky Secretary of State is the statutory agent for NRECA.

4. NRECA administers and oversees various employee benefit plans of its member cooperatives, including the Retirement Security Plan and 401(k) Pension Plan of EKPC (the "RSP").

5. EKPC is and was at all times herein a Kentucky Corporation, in good standing, which provides electric service to Central and Eastern Kentucky. EKPC has its principal office at 4775 Lexington Road, P.O. Box 707, Winchester, Clark County, Kentucky 40392-0707 and designated Anthony S. Campbell as its Registered Agent.

6. Mike was an employee of EKPC for over 30 years until his early retirement in November 2012, at the age of 56.

7. As an employee of EKPC, Mike participated in, personally contributed to, and received employer contributions to the RSP that was sponsored, controlled, and managed by NRECA.

8. At the time of his retirement, Mike was fully vested in the RSP.

9. Following the representations, materials and guidance of NRECA and EKPC representatives, Mike elected to defer receipt of his fully vested and accrued benefits from the RSP to a future date.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000004 of 000007

10. Mike died on August 14, 2015, at the age of 59, without having received any payments from the RSP.

11. After Mike's death, Regina was initially notified that that NRECA and EKPC would only distribute one-half of Mike's fully vested RSP benefits to her (the "initial denial").

12. After the initial denial, Regina appealed the decision in a letter to NRECA dated November, 10, 2015 (the "first appeal").

13. NRECA denied the first appeal in a letter dated April 11, 2016 (the "second denial").

14. Pursuant to the RSP's Claims Procedure, Regina, by counsel, submitted a Claim Review (Appeal), to NRECA on July 19, 2016 (the "final appeal").

15. On November 15, 2016, Regina received a letter from NRECA denying her final Appeal (the "final decision").

16. Pursuant to the RSP, "[a]ny application for judicial review of a decision by the Committee may be made only after the claims review procedure of this section is exhausted and must commence within one year of the date on which the Committee renders its final decision to the claimant in writing."

## COUNT I

17. Regina has fully exhausted the claims review procedure of the RSP set out in Paragraph 16, above, and is entitled to seek judicial review of the initial denial, the second denial and the final decision.

## COUNT II

18. The conduct of NRECA and EKPC, set out above, constitutes breach of contract.

Filed             17-CI-00058     01/30/2017          Paula Joslin, Clark Circuit Clerk

19. As a result of the breach of contract referred to above, Regina is entitled to 100% of Mike's RSP benefits, pre-judgment interest, post-judgment interest, costs, reasonable attorneys fees, and other compensatory damages, each and all in amounts in excess of the minimum dollar amount necessary to establish the jurisdiction of the court.

20. The RSP provisions and other authorities cited in support of the initial denial, the second denial and the final decision are ambiguous, vague, unconscionable, void as against public policy, and otherwise unenforceable to the extent they suggest Regina is not entitled to 100% of Mike's RSP benefits.

## COUNT III

21. The conduct of NRECA and EKPC, set out above, constitutes negligence and/or negligent misrepresentation (the "misrepresentation").

22. As the direct and proximate result of the misrepresentation, Regina has suffered personal and financial injuries and is entitled to compensatory damages, pre-judgment interest, post-judgment interest, costs, reasonable attorney fees, and all other recoverable damages, each and all in amounts in excess of the minimum dollar amount necessary to establish the jurisdiction of the court.

WHEREFORE, the Plaintiff, Regina Spurlock, demands Judgment against the Defendants, National Rural Electric Cooperative Association and East Kentucky Power Cooperative, Inc., jointly and severally, for contractual and compensatory damages, pre-judgment interest, post-judgment interest, costs, attorney fees, all other relief to which she is entitled and TRIAL BY JURY.

Filed             17-CI-00058     01/30/2017          Paula Joslin, Clark Circuit Clerk

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000006 of 000007

Filed          17-CI-00058     01/30/2017           Paula Joslin, Clark Circuit Clerk

 

Respectfully submitted,

Escum L. Moore, III
Benjamin C. Tuttle
Moore & Moore, PLLC
141 Prosperous Place, Suite 22B
Lexington, Kentucky 40509
(859)368-8900
Fax (859)422-5930
trey@moorepllc.com
ben@moorepllc.com


/s/ Escum L. Moore, III
_____
COUNSEL FOR PLAINTIFF

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00058**<br>Court: **CIRCUIT**<br>County: **CLARK** |

*Plantiff,* **SPURLOCK, REGINA VS. NATIONAL RURAL ELECTRIC COOPERATIVE ASS**, *Defendant*

TO:  ANTHONY S CAMPBELL
   4775 LEXINGTON ROAD
   P.O. BOX 707
   WINCHESTER, KY 40392

The Commonwealth of Kentucky to Defendant:
**EAST KENTUCKY POWER COOPERATIVE, INC.**

*from 1.31.17 or 2.17.17*

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Paula Joslin, Clark Circuit Clerk
Date: **01/30/2017**

Presiding Judge: HON. JEAN C. LOGUE (625304)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20 ____

 _____
 Served By

 _____
 Title

Summons ID: 4134402926098@00000105518,
CIRCUIT: 17-CI-00058 Certified Mail
SPURLOCK, REGINA VS. NATIONAL RURAL ELECTRIC COOPERATIVE ASS



Page 1 of 1



eFiled

Package : 000002 of 000007